LAW OFFICES OF THOMAS G. ROTH
395 Pleasant Valley Way
West Orange, New Jersey 07052
Tele: (973) 736-9090
Fax : (973) 736-8005
Attorneys for Defendants
ZUBER ISLAMI and MEDIN ISLAMI

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------:
                                        :
UNITED STATES OF AMERICA,               :   Criminal No. 06-794 (KSH)
                                        :
                Plaintiff,              :
                                        :
       - against -                      :
                                        :   Hon. Katharine S. Hayden
ZUBER ISLAMI, MEDIN ISLAMI,             :   United States District Judge
LIRIM ISLAMI and JETON ISLAMI,          :
                                        :
                Defendants.             :
---------------------------------------:

### ORDER MODIFYING
### CONDITIONS OF BAIL RELEASE

Upon the application of defendants Zuber Islami and Medin Islami (Thomas G. Roth, Esq., their counsel appearing), and with the consent of Government (Assistant United States Attorney Grady O'Malley, appearing), it is hereby ORDERED that:

(1) the conditions of their supervised release are modified so that their travel is no longer restricted to the District of New Jersey; and

(2) that all other conditions of supervised release for defendants Zuber Islami and Medin Islami shall remain in full force and effect.

Consented to:

*/s/ G. O'Malley*

GRADY O'MALLEY
Assistant United States Attorney

Dated: October 23, 2008

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge