LAW OFFICES OF THOMAS G. ROTH (7887)
12 Fairview Avenue
West Orange, New Jersey 07052
TELE: (973) 736-9090
Attorney for Defendants Zuber
and Medin Islami

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIM. NO. 06-794 -01(KSH) |
| | : | 06-794 -02 |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| ZUBER ISLAMI | : | |
| MEDIN ISLAMI, | : | |
| Defendants. | : | |

       This matter having come before the Court, Honorable Katharine Hayden,, U.S.D.J., presiding, on motion [D.E.86]of defendants Zuber and Medin Islami (Thomas G. Roth, Esq., appearing), and with the United States Attorney for the District of New Jersey (Assistant United States Attorney V. Grady O'Malley, appearing) having been heard on the matter [D.E.90]; and United States Probation having advised that early termination of a one-year period of pretrial release is not provided for; and the Court having determined that no extraordinary reason has been presented that would justify terminating early a short period of supervised release such as was imposed on these defendants; and good cause appearing,

       IT IS on this 15th day of June, 2009,

ORDERED that, pursuant to Fed.R.Crim.Proc. 32.1(b), and 18 U.S.C. §§3564(c) and 3583(e)(1), defendants' motion for early termination of their supervised release is denied.

/s/ Katharine S. Hayden
_____
 HONORABLE KATHARINE HAYDEN
United States District Judge